**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re: KELLY JO KINCAID,** | : | Case No 13-56660 |
| | : | |
| | : | Chapter 13 |
| | : | |
| Debtor. | : | Judge John E. Hoffman, Jr. |

**NOTICE OF CHANGE OF ADDRESS OF DEBTOR**

Now comes Debtor KELLY JO KINCAID by and through the undersigned counsel, and respectfully provides this Honorable Court with notice of a change of address for the Debtor:

KELLY JO KINCAID
P.O. Box 363
Amanda, OH 43102

Respectfully submitted,

Dated: 22 July 2015

/s/ *Mark Albert Herder*

Mark Albert Herder (0061503)
Attorney for the Debtor
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio 43205
Tel.:    614.444.5290
Fax:    614.444.4446